LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ALETHEA I. LITTLE,      ) | No.  EDCV 13 – 01240 DTB |
| ) | |
|     Plaintiff,      ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| ) | |
| v.      ) | |
| ) | |
| CAROLYN W. COLVIN      ) | |
| Acting Commissioner Of Social Security,  ) | |
| ) | |
|     Defendant.      ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THREE HUNDRED SEVENTY DOLLARS AND 23/100 ($2,370.23) subject to the terms of the stipulation.

DATE: July 11, 2014     _____

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE